# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| ANGELICA C., et al., | Case No. 20-CV-913 (NEB/ECW) |
| Petitioners, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| IMMIGRATION AND CUSTOMS ENFORCEMENT, PETER BERG, and WILLIAM BARR, | |
| Respondents. | |

The Court has received the June 5, 2020 Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright. (ECF No. 42.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 42) is ACCEPTED;

2. Petitioners' motion for temporary restraining order or preliminary injunction (ECF No. 4) is DENIED WITHOUT PREJUDICE.

Dated: June 23, 2020

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge